# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SOLOMON J. VERDIN, JR.

NO. 2019 KW 0918

OCT 1 8 2019

---

In Re: Solomon J. Verdin, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 796,094.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT DENIED.** See **State v. Thibodeaux**, 2017-0705 (La. 12/6/17), 236 So.3d 1253 (per curiam).

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT